**UNITED STATES DISTRICT COURT**
FOR THE
MIDDLE DISTRICT OF FLORIDA

FILED - USDC - FLMD - FTM
OCT 9 2026 PM12:02

DAVID JR. JONES,
*Plaintiff*

v. Case No.: 2:26-cv-02406-SPC-NPM

SCOTT PAYNE, ET AL.,
*Defendant(s)*
_______________________________________/

Provided To: Moore Haven
OCT 0 5 2026
for mailing
By:

**AMMENDED 1983 COMPLAINT FOR VIOLATION OF CIVIL RIGHTS**

**I. Parties to this complaint**

**A. The Plaintiff**

**1)** David Jr. Jones
DC#: 091167
Moore Haven Correctional Facility
P.O. Box 71900, Moore Haven, Florida 33471

**B. The Defendant(s)**

**1)** Scott Payne
Facility Administrator Warden
Moore Haven Correctional Facility
P.O. Box 71900, Moore Haven, Florida 33471

**2)** R. Thoreson
Assistant Warden Administrator
Moore Haven Correctional Facility
P.O. Box 71900, Moore Haven, Florida 33471

**3)** L. Jackson
Administrator Sergeant
Moore Haven Correctional Facility
P.O. Box 71900, Moore Haven, Florida 33471

**4)** Lt. Web
Administrator Lieutenant
Moore Haven Correctional Facility
P.O. Box 71900, Moore Haven, Florida 33471

**5)** Officer Sampson
Moore Haven Correctional Facility
P.O. Box 71900, Moore Haven, Florida 33471

Plaintiff asserts that all of the Defendants have acted, and continue to act, under color of state law at all times relevant to this complaint.

**II. Basis For Jurisdiction**

**A.** This is a civil rights action filed by the Plaintiff, David Jr. Jones, for damages and injunctive relief under 42 U.S.C. § 1983

**B.** This Court has jurisdiction over the Plaintiff's claim of violation of federal constitutional rights under 42 U.S.C. § 1983.

**III. Prisoner Status**

**A.** The Plaintiff, David Jr. Jones, is a convicted and sentenced State Prisoner

**IV. Statement of Claim**

**1.** I, The Plaintiff, had my 8th and 14th Amendments violated, in relations and focus on being segregated from other ADA inmates in Moore Haven Correctional and Rehabilitation Facility. I am being housed and segregated from other Hearing Impaired Inmates. All the other Hearing Impaired Inmates are being housed all throughout Moore Haven Correctional & Rehabilitation Facility, and the Department of Corrections Inmate movement and Inmate Location and Housing data will prove all the facts and allegations I am claiming are accurate and factual.

**2.** On 1/8/2026, I had a conflict in A-Dorm with a group of Inmates from A-Dorm within Quad 1. I am assigned to A1-133s, which is within the same quad. I had to walk around the area from 7:30 AM until approximately 7:00PM while other inmates in the quad were brandishing weapons. At 7:00 PM, I had gone to church trying to avoid the conflict. Upon returning to the dorm, a group of inmates waiting for my return assaulted me. I had reported it to Officer

Sampson, who then had advised the shift supervisor, Lt. Collier, who went and reviewed the camera footage. They had then moved me from A Dorm to C Dorm that night.

**2.** On 1/9/2026, I was called to the captain's office at approximately 9:30 Am. I was told by Lt. Web that I had to go back to C-Dorm, pack my property, and move back to A-Dorm, to A1-133s, the same place which I was moved from. I complied with the order. When I moved back to the quad, I ordered a Mental Health Emergency. I was placed in handcuffs and taken to the mental health counselor. I had advised them of the situation. The mental health counselor contacted Capt. West, and had security staff bring me to his office. Capt. West told me that I was going to Administrative Confinement and was getting a Disciplinary Report for disobeying a verbal order. I was then place in confinement and was issued a Disciplinary Report.

**3.** On 1/11/2026, Capt. West had given me a 30 day disciplinary confinement. Upon my release, I was placed back into A-dorm, Quad 1, and this time on bunk A1-123s.

**4.** On 6/29/2026, at approximately 6:30 AM, Inmate Anders (DC # 41785) and I (Inmate Jones) were surrounded by a group of inmates in Alpha dorm Quad 1, and those inmates had committed Aggravated Battery against Inmate Anders.

**5.** In A-Dorm Quad 1, when I was surrounded by a group of inmates, I was removed from the dorm with inmate Anders out into the hallway. Lt. Collier came to us and told me to put my property back into the dorm. Inmate Anders was moved to C Dorm Quad two.

**6.** On 7/23/2026, I was approached by an Inmate by the name of Palmer (DC#: 57617) at approximately 7:30 PM. This inmate sexually harassed me verbally and tried to fight me for denying him sexual favors. I had reported the incident to staff.

**7.** On 7/23/2026, I had talked to the medical staff where they had given me a mental health screenings.

**8.** On 7/28/2026, I saw classification Officer T. Dixon advised me she was trying to get me moved out of A-Dorm. Later on, Assistant Warden Thoreson and Sergeant Jackson said they wouldn't let me move out of A-dorm due to the caption phone being installed in A-dorm Quad 1.

**9.** I am an A.D.A Hearing impaired Inmate and I am being discriminated against from the institution, which is in violation of my 8th and 14th Amendments. I have wrote grievances about these situations and forwarded them to Attorney Rachel Ortiz. The attorney has further emailed the Warden about other situations that has taken place at the institution concerning my privacy due to being transgender.

**V. Relief Sought**

**1.** I want this institution, Moore Haven Correctional and Rehabilitation Facility, to move me out of A-dorm and to have another caption phone be placed in another Dorm to avoid conflicts out of other A.D.A. Hearing Impaired Inmates.

**2.** That I be compensated for damages, punitive damages, and mental and emotional injuries endured, and an injunction.

**VI. Exhaustion of Administration Remedies Administrative Procedures.**

**A.** During all the issues raised above, and as was stated, staff has been involved and been aware of the claims made while being incarcerated and present at Moore Haven Correctional Facility.

**B.** During the course of all the incidents mentioned, I have followed and done the grievance procedure which was in compliance with Chapter 33 of the Florida Administration Code and with Moore Haven's policies.

## UNNOTARIZED OATH

UNDER PENALTY OF PERJURY and under Federal rule of Civil Procedure 11, I declare that the foregoing is true and correct. By signing below, I certify to the best of my knowledge, information, and belief that this complaint is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation, and the factual contentions have evidentiary support or, if specifically so identified will likely have evidentiary support after a reasonable opportunity for further investigation or discovery.

/s/________________________
David Jr. Jones DC# 091167

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I placed a true and correct copy of the Complaint For Violation Of Civil Rights in the hands of an institutional official of Moore Haven Correctional Facility for mailing via U.S. Postal Mail, postage prepaid to: Middle District of Florida Clerk of Courts, Fort Myers Division, Kress Building, 1514 Broadway Street, Suite 301, Fort Myers, Florida, 33901.

Respectfully Submitted,

/s/________________________
David Jr. Jones DC#: 091167
Moore Haven Correctional Facility
P.O. Box 719001
Moore Haven, Florida 33471