MOORE HAVEN CORRECTIONAL FACILITY
P.O. BOX 69
MOORE HAVEN, FLORIDA 33471

quadient
FIRST-CLASS MAIL
IMI
$001.65
10/05/2026 ZIP 33471
043M31249940
US POSTAGE

Legal Mail

THIS MAIL ORIGINATED
FROM A CORRECTIONAL
FACILITY

U.S. District Court
Middle District of Florida
Clerk of the Court Fort Myers
Division Reoss Building
1514 Broadway Street Suite
301 Ft Myers, FL 33901

OCT 9 2026 PM12:01
RCVD - USDC - FLMD - FTM